TODD A. NOAH (State Bar No. 152328)
SAMUEL S. LEE (State Bar No. 208128)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
E-mail:  tnoah@dergnoah.com
         slee@dergnoah.com

Attorneys for Plaintiff and Counterdefendant
MINDFABRIC HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINDFABRIC HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> INQUIRA INC., <br><br> Defendant. <br><br>  ──────────────────────── <br> AND RELATED COUNTERCLAIMS | Civil Action No. 05-2979 MMC <br><br> **STIPULATION AND ORDER PURSUANT TO CIVIL L.R. 16-2(e) RE: CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

On July 21, 2005, plaintiff Mindfabric Holdings LLC filed the complaint in this action.  In the Order Setting Initial Case Management Conference, the Court set November 30, 2005 as the date for the Initial Case Management Conference.  On August 23, 2005, the case was reassigned to the Honorable Maxine M. Chesney.  On October 9, 2005, the Court issued a Case Management Conference Order rescheduling the conference to December 2, 2005.  The parties are currently conducting settlement discussions and have agreed to continue the Initial Case Management Conference to January 27, 2006 at

-1-

STIPULATION RE CMC
Civil Action No. 05-05-2979 MMC

10:30 a.m. in order to enable the parties to resolve this matter informally, either directly or through mediation.

IT IS HEREBY STIPULATED between the parties that the Initial Case Management Conference shall be continued to January 27, 2006 at 10:30 a.m. in Courtroom # 7, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement on or before January 17, 2006.

IT IS SO STIPULATED.

Dated: November 16, 2005                    DERGOSITS & NOAH LLP


By:   /s/  Todd A. Noah
         Todd A. Noah

Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: 415-705-6377
Facsimile: 415-705-6383

Attorneys for Plaintiff and Counterdefendant
MINDFABRIC HOLDINGS, LLC


Dated: November 16, 2005                    DLA PIPER RUDNICK GRAY CARY US LLP


By:   /s/  William G. Goldman
         William G. Goldman

2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2112
Facsimile: (650) 833-2001

Attorneys for Defendant and Counterclaimant
INQUIRA INC.

-2-

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from William G. Goldman.

/s/ Todd A. Noah

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 17, 2005

Hon. Maxine M. Chesney
United States District Judge

-3-

STIPULATION RE CMC
Civil Action No. 05-05-2979 MMC