TODD A. NOAH (State Bar No. 152328)
SAMUEL S. LEE (State Bar No. 208128)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
E-mail:  tnoah@dergnoah.com
         slee@dergnoah.com

Attorneys for Plaintiff and Counterdefendant
MINDFABRIC HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINDFABRIC HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>INQUIRA INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 05-2979 MMC<br><br>**STIPULATION AND ORDER PURSUANT TO CIVIL L.R. 16-2(e) RE: CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

On July 21, 2005, plaintiff Mindfabric Holdings LLC filed the complaint in this action.  In the Order Setting Initial Case Management Conference, the Court set November 30, 2005 as the date for the Initial Case Management Conference.  On August 23, 2005, the case was reassigned to the Honorable Maxine M. Chesney.  On October 9, 2005, the Court issued a Case Management Conference Order rescheduling the conference to December 2, 2005.  On November 16, 2005, the parties stipulated to continue the Initial Case Management Conference to January 27, 2006 so that the parties could try and resolve the case through mediation.

The parties have reached a settlement in principle of the claims in this action and have agreed to

1  continue the Initial Case Management Conference to March 3, 2006 at 10:30 a.m. in order to enable the
2  parties to finalize a written settlement agreement.  The parties shall file a Joint Case Management
3  Statement on or before February 21, 2006 unless the case has settled and a stipulated dismissal has been
4  previously filed.
5       IT IS HEREBY STIPULATED between the parties that the Initial Case Management
6  Conference shall be continued to March 3, 2006 at 10:30 a.m. in Courtroom # 7, 19th Floor, Federal
7  Building, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case
8  Management Statement on or before February 21, 2006 unless a stipulated dismissal of the case is filed
9  before that date.
10      IT IS SO STIPULATED.

11 Dated: January 24, 2006                    DERGOSITS & NOAH LLP

13                                            By:    /s/  Todd A. Noah
                                                   Todd A. Noah

15                                            Four Embarcadero Center, Suite 1450
                                              San Francisco, CA 94111
16                                            Telephone: 415-705-6377
                                              Facsimile: 415-705-6383

18                                            Attorneys for Plaintiff and Counterdefendant
                                              MINDFABRIC HOLDINGS, LLC

20 Dated: January 24, 2006                    DLA PIPER RUDNICK GRAY CARY US LLP

22                                            By:    /s/  Carrie Williamson
                                                   Carrie Williamson

24                                            2000 University Avenue
                                              East Palo Alto, California 94303
25                                            Telephone: (650) 833-2112
                                              Facsimile: (650) 833-2001

27                                            Attorneys for Defendant and Counterclaimant
                                              INQUIRA INC.

-2-

STIPULATION RE CMC
Civil Action No. 05-05-2979 MMC

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Carrie Williamson.

/s/ Todd A. Noah

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 24, 2006

Hon. Maxine M. Chesney
United States District Judge

-3-