1 TODD A. NOAH (State Bar No. 152328)
SAMUEL S. LEE (State Bar No. 208128)
2 DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
3 San Francisco, California 94111
Telephone: (415) 705-6377
4 Facsimile: (415) 705-6383

5 Attorneys for Plaintiff and Counterdefendant
MINDFABRIC HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINDFABRIC HOLDINGS, LLC, | ) Civil Action No. 05-2979 MMC |
| Plaintiff, | ) **STIPULATION AND ORDER RE** |
| | ) **DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| INQUIRA INC., | ) |
| Defendant. | ) |
| AND RELATED COUNTERCLAIMS | ) |

Mindfabric Holdings, LLC and InQuira, Inc. hereby stipulate, through their respective counsel of record, that this action be dismissed with prejudice pursuant to the terms of the parties' January 23, 2006 Settlement Agreement. Each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DERGOSITS & NOAH LLP

Dated: February 13, 2006        By:    /s/ Todd A. Noah
                                    Todd A. Noah
                                    Attorneys for Plaintiff and Counterdefendant
                                    MINDFABRIC HOLDINGS, LLC

-1-

Dated: February 13, 2006                               DLA PIPER RUDNICK GRAY CARY US LLP


                                                       By:   /s/  William G. Goldman
                                                             William G. Goldman

                                                       2000 University Avenue
                                                       East Palo Alto, California 94303
                                                       Telephone: (650) 833-2112
                                                       Facsimile: (650) 833-2001

                                                       Attorneys for Defendant and Counterclaimant
                                                       INQUIRA INC.

     I attest under penalty of perjury that concurrence in the filing of this document has been obtained from William G. Goldman.

                           /s/ Todd A. Noah


    PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  February 13, 2006                              _____
                                                       Hon. Maxine M. Chesney
                                                       United States District Judge